UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1339-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

In Re:

STEVEN RANDALL

Order Filed on December 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-16204

Adv. No.

Hearing Date: 12-16-25

Judge: (JNP)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 28, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Steven Randall
Case No: 25-16204
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of Andrew M. Carroll, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. That GM Financial is the holder of a first purchase money security interest encumbering a 2019 Ram 1500 bearing vehicle identification number 1C6RR7TT1KS714035.
2. That the Debtors' account has post-petition arrears in the amount of $3,723.32 through November 2025.
3. That the Debtor is to cure the arrears set forth in paragraph two (2) above as follows:
    a. The Debtor is to make his regular monthly payment of $772.22 for December 2025.
    b. Following the payment set forth in paragraph 3(a) above, the Debtor is to cure the remaining arrears by making his regular monthly payment of $772.22 plus an additional $620.56 each month (for a total monthly payment of $1,392.77) for the months of January through June 2026.

**(Page 3)**
Debtor: Steven Randall
Case No: 25-16204
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

4. **That commencing December 2025, if the Debtor fails to make any payment to GM Financial within thirty (30) days after it falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  AmeriCredit/GM Financial must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

6. **That the Debtor is to pay a counsel fee of $599.00 to GM Financial through his Chapter 13 Plan.**