UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Planet Home Lending, LLC

In Re:

Steven Randall,

Debtor.

Case No.: 25-16204-JNP

Adv. Pro. No.: _____

Chapter: 13

Subchapter V:   ☐ Yes  ☒ No

Hearing Date: 01/06/2026

Judge: Poslusny

## ADJOURNMENT REQUEST

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____Planet Home Lending, LLC_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay (Docket #

   Current hearing date and time: 01/06/2026 @ 11:00 a.m.

   New date requested: 01/20/2026

   Reason for adjournment request: To allow the parties time to resolve this matter amicably.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 01/02/2026                                  /s/ Denise Carlon
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 1/20/26 at 11              ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____     ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2