

# Payment History

Planet Home Lending LLC

| December 26, 2025<br>Completed | $1,300.00 |
|---|---|
| December 26, 2025<br>Canceled | $1,300.00 |
| November 28, 2025<br>Completed | $1,300.00 |
| November 14, 2025<br>Completed | $1,300.00 |
| October 31, 2025<br>Completed | $1,300.00 |
| October 17, 2025<br>Completed | $1,300.00 |

