# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-16204 (JNP)

Steven Randall
4640 Ocean Heights Blvd
Mays Landing, NJ  08330

Monthly Payment: $1,064.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 07/02/2025 | $600.00 | 07/29/2025 | $600.00 | 09/08/2025 | $600.00 | 09/22/2025 | $300.00 |
| 10/06/2025 | $300.00 | 10/28/2025 | $328.00 | 11/03/2025 | $740.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | STEVEN RANDALL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | EQUIFAX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PLANET HOME LENDING, LLC | 24 | $37,850.09 | $371.20 | $37,478.89 | $0.00 |
| 5 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE, N.A. | 33 | $1,755.47 | $0.00 | $1,755.47 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $3,974.12 | $0.00 | $3,974.12 | $0.00 |
| 11 | MERRICK BANK | 33 | $2,568.68 | $0.00 | $2,568.68 | $0.00 |
| 12 | CAPITAL ONE AUTO FINANCE | 33 | $1,628.60 | $0.00 | $1,628.60 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,327.04 | $0.00 | $1,327.04 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,293.86 | $0.00 | $2,293.86 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,306.44 | $0.00 | $1,306.44 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $1,045.85 | $0.00 | $1,045.85 | $0.00 |
| 17 | U.S. DEPARTMENT OF EDUCATION | 33 | $3,087.35 | $0.00 | $3,087.35 | $0.00 |
| 18 | CAPITAL ONE AUTO FINANCE | 13 | $599.00 | $0.00 | $599.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2025 | 2.00 | $0.00 |
| 09/01/2025 | Paid to Date | $2,100.00 |
| 10/01/2025 | 57.00 | $1,064.00 |
| 07/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,468.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,824.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**