Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–16204–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Randall
   4640 Ocean Heights Blvd
   Mays Landing, NJ 08330

Social Security No.:
   xxx–xx–7836

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            June 2, 2026
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay.) filed by William E. Craig on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 05/15/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William). Modified on 5/4/2026 TO CORRECT LINK (cmf). filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial) filed by Andrew M. Carroll on behalf of Steven Randall. (Carroll, Andrew)

and transact such other business as may properly come before the meeting.

Dated: May 11, 2026
JAN: kvr

                     Jeanne Naughton
                     Clerk